# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. 04-20256-M1 |
| vs. ) | |
| ) | |
| ARIC BADY, SR., ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

CARROLL L. ANDRE, Assistant United States Attorney, applies to the Court for a Writ to have ARIC BADY, SR., R&I # 223557, Booking # 05109221, DOB 3/14/72, SSN# 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, now being detained in the Shelby County Jail, Memphis, Tennessee, appear before the Honorable Jon Phipps McCalla on Thursday, June 2, 2005, at 2:30 p.m. for a sentencing hearing and for such other appearances as this Court may direct.

Respectfully submitted this 20th day of May, 2005.

_____
CARROLL L. ANDRE
ASSISTANT UNITED STATES ATTORNEY

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN, SHERIFF/WARDEN, SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

YOU ARE HEREBY COMMANDED to have ARIC BADY, SR. appear before the Honorable Jon Phipps McCalla at the date and time aforementioned.

ENTERED this 20th day of May, 2005.

_____
DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-23-05

(142)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT