IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-20256-MI |
| | ) | |
| ARIC BADY, SR. | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER GRANTING GOVERNMENT'S ORAL MOTION TO DISMISS THE ORIGINAL INDICTMENT AND COUNT 7 OF THE SUPERSEDING INDICTMENT

This cause came to be heard before the court at the sentencing hearing held this date upon the oral motion of counsel for the United States to dismiss the original indictment and count 7 of the superseding indictment in this case as to defendant Aric Bady, Sr., and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on count 1 of the superseding indictment, the government's motion is well taken and should be granted.

**SO ORDERED** this 2 day of June, 2005.

JON PHIPPS MCCALLA
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT